JORES KHARATIAN, Bar No. 306150
jores@kharatianlaw.com
KHARATIAN LAW, APC
595 E. Colorado Blvd., Ste. 210
Pasadena, CA 91101
Telephone: 626.759.9900
Facsimile: 888.636.5090

Attorneys for Plaintiff
LASHONDA SOLOMON

KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
ZEESHAN KABANI, Bar No. 322638
zkabani@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East 5th Floor Los Angeles,
California 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorneys for Defendant
LIN R. ROGERS ELECTRICAL CONTRACTORS, INC,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHONDA SOLOMON, an individual,<br><br>Plaintiff,<br>v.<br><br>LIN R. ROGERS ELECTRICAL CONTRACTORS, INC., a Georgia corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:22−cv−06866−FLA−JC<br><br>*Assigned to District Judge Fernando L. Aenlle−Rocha and Magistrate Judge Jacqueline Chooljian*<br><br>**JOINT STIPULATION TO DISMISS**<br><br>Complaint Filed: August 15, 2022 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff LASHONDA SOLOMON and Defendant LIN R. ROGERS ELECTRICAL CONTRACTORS, INC. by and through their counsel of record, submit this Joint Stipulation for Dismissal of Entire Action with Prejudice and hereby stipulate and agree to the following:

Plaintiff filed her Complaint in this action on August 15, 2022;

Defendant removed this action to the United States District Court of the Central District of California on September 22, 2022; and

Plaintiff now agrees to dismiss all remaining causes of action in his Complaint against all Defendants with prejudice.

Dated:   May 16, 2023

JORES KHARATIAN
Kharatian Law, APC
Attorneys for Plaintiff
LASHONDA SOLOMON

Dated:

LITTLER MENDELSON, P.C.

Keith A. Jacoby
Zeeshan Kabani
Attorneys for Defendant
LIN R. ROGERS ELECTRICAL CONTRACTORS, INC.